**SIMMONS JANNACE DELUCA, LLP**
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Irina Feferman*
Michael C. Hayes
Amanda M. Hill
Thomas J. Jannace
Matthew C. Maloney
Aric H. Peymann
Scott H. Wertheimer
Nicholas C. Zotto

Counsel
Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

November 3, 2023

**Via ECF**
Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York

    Re: Guanda Betancourt v. Costco Wholesale Corporation
         Docket No.: 23-cv-06075 (KMK)

Dear Hon. Judge Karas,

    Our office represents defendant, Costco Wholesale Corporation ("Costco") in connection with the above-referenced matter.

    Kindly allow the following to serve as a request for a brief adjournment of the November 13, 2023 Initial Conference scheduled for 10:15 a.m. The reason for the adjournment request is that the undersigned is scheduled to appear in the Jury Coordinating Part in Kings County, Supreme Court at 10:00 a.m. on the same day of the conference. I apologize for any inconvenience to the Court.

    I conferred with plaintiff's counsel, Kenneth Beal on November 3, 2023, who kindly consented to this application, and we jointly propose an alternative date for the conference: November 15, 2023 (after 3:00 p.m. as Mr. Beal has an in-person conference in the morning and a virtual conference at 2:15 p.m.) or November 27, 2023.

    There have been no prior applications to adjourn the Initial Conference.

Honorable Judge Kenneth M. Karas
United States District Court
November 3, 2023
Page 2

    Thank you for the opportunity to address the Court in this matter.

                                    Respectfully submitted,

                                    /s/ Ian E. Hannon
                                    Ian E. Hannon

IEH:
810560

> Granted. The conference is adjourned to 11/30/23, at 11:30 via teleconference.
>
> So Ordered.
>
> 11/3/23