UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Betancourt,

                                    Plaintiffs,                    **ORDER RE STATUS CONFERENCE**

                    -against-                                              **7:23-cv-06075-KMK-VR**

Costco Wholesale Corporation,

                                    Defendant.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/7/2023
```

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for January 16, 2024 at 10:30

am.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference. At the Status Conference, the parties should be prepared

to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:        White Plains, New York
              December 7, 2023

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge